**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**vs.**

                                                     **Case No. 4:89cr4013-WS
Case No. 4:06cv358-WS/WCS**

**NORMAN SPRATLEY,**

     **Defendant.**

_____/

## ORDER ON § 2255 MEMORANDUM

A report and recommendation was recently entered, recommending that Defendant's "Notice of Appeal" be summarily denied because there is nothing to appeal. Doc. 406.  The court noted that relief, if any, would be available pursuant to 28 U.S.C. § 2255.  *Id.*, p. 2.  It was also noted that review of the archived record would be necessary to determine whether a motion under § 2255 would be a second or successive motion. *Id.*, and n. 2.  Defendant was advised that if he filed a § 2255 motion raising all claims, the court would obtain the file from archives.  *Id.*  Defendant was provided with § 2255 forms, and advised that "he must use the forms provided by the clerk," and must supply two copies with the motion.  *Id.*, pp. 2-3 and n. 3.

Defendant did not object to the report and recommendation, but filed a "Memorandum of Point[s] and Authorities in Support of a Petition for a Writ of Habeas Corpus Pursuant to Title 28 U.S.C. [§] 2255."  Doc. 407.  The certificate of service reflects that Defendant sent the original and four copies to the clerk, and sent a copy to the Office of the United States Attorney.

While Defendant evidently wishes to pursue a § 2255 motion, he did not comply with the clear directions of the order.  He is therefore directed to file an amended § 2255 motion, *using the forms previously provided by the clerk*, setting forth each claim for relief on the form itself.  *See* Local Rule 5.1(J)(2) ("[n]o . . . motion under 28 U.S.C. § 2255. . . shall be considered by the court unless the appropriate forms have been properly completed, signed, and filed by the litigant."); § 2255 Rule 2(b) (requiring that the motion specify all available grounds for relief, state the facts in support of each ground, state the relief requested, be typed or legibly handwritten, and be signed under penalty of perjury).  Defendant shall not include legal argument in the motion itself.  An accompanying memorandum is not required or encouraged.[1]  If filed it may not exceed twenty-five pages in length absent prior leave of court on a showing of good cause. Local Rule 7.1(A).

Defendant shall file an original and two copies of the amended § 2255 motion with the clerk.  § 2255 Rule 3(a).  He should not serve a copy on the United States Attorney, as that will be done by the court if a response is required.  *Cf.* § 2255 Rules 4(b) (the court will either dismiss the motion or order the Government to file an answer

---

[1]  If the amended motion is in proper form and the Government is directed to respond, Defendant will be given time in which to file a reply.  He may make relevant legal arguments at that time.

or other response) and 5(a) (the Government is not required to answer the motion unless so ordered).  If and when the Government has been served with the motion, Defendant shall thereafter serve a copy of all documents on counsel.

Accordingly, it is **ORDERED**:

1.  Defendant shall have until **August 28, 2006**, to file an amended § 2255 motion using the forms previously provided by the clerk.  He shall file an original and two identical copies.

2.  The clerk shall obtain the file from federal archives.

3.  The clerk shall refer the report and recommendation (doc. 406) to the district judge.

**DONE AND ORDERED** on July 27, 2006.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**