UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:89cr4013-WS

NORMAN SPRATLEY,  4:06cv30-WS

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 406) docketed July 5, 2006.  The magistrate judge recommends that the defendant's "Notice of Appeal" be denied as there is nothing to appeal.  The defendant has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the report and recommendation should be adopted.  Accordingly, it is ORDERED:

The defendant's "Notice of Appeal" is hereby DENIED.

DONE AND ORDERED this   4th   day of   August  , 2006.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE