IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                      4:89cr4013-WS

NORMAN SPRATLEY,                         4:06cv358-WS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 418) docketed October 12, 2007. The magistrate judge recommends that the defendant's section 2255 motion be denied. The defendant has filed objections (doc. 419) to the report and recommendation.

    Upon review of the record in light of the defendant's objections, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 418) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's amended section 2255 motion (doc. 412) is hereby DENIED.

3. The clerk shall enter judgment accordingly.

4. The clerk shall close Case No. 4:06cv358-WS.

DONE AND ORDERED this <u>   9th   </u> day of <u>   November   </u>, 2007.


<u>s/ William Stafford</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE